**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:20-CV-22099-UU**

WINDY LUCIUS,

    Plaintiff,

v.

NATHAN'S FAMOUS, INC.

    Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff, Windy Lucius ("Plaintiff"), and Defendant, NATHAN'S FAMOUS, INC. ("Defendant"), have reached a settlement in the above-referenced case. The Parties are in the process of finalizing settlement documents and request 60 days to submit documents related to the closure of this case.

Dated: June 23, 2020

Respectfully submitted,

| | |
|---|---|
| *s/J. Courtney Cunningham* | *s/Edwin Cruz* |
| J. Courtney Cunningham, Esq. | Mendy Halberstam, Esq. |
| Fla. Bar No. 628166 | Florida Bar No. 68999 |
| E-mail: cc@cunninghampllc.com | E-mail: *mendy.halberstam@jacksonlewis.com* |
| J. Courtney Cunningham, PLLC | Edwin Cruz, Esq. |
| 8950 SW 74th Court, Suite 2201 | Florida Bar No. 55579 |
| Miami, FL 33156 | E-mail: *edwin.cruz@jacksonlewis.com* |
| Telephone: (305) 264-9090 | |
| | **JACKSON LEWIS P.C.** |
| *Counsel for Plaintiff* | One Biscayne Tower |
| | 2 South Biscayne Boulevard, Suite 3500 |
| | Miami, FL 33131 |
| | Telephone: (305) 577-7600 |
| | |
| | *Counsel for Defendant* |

CASE NO.: 1:20-CV-22099-UU

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 23rd day of June 2020, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

<u>s/Edwin Cruz</u>
Edwin Cruz, Esq.