UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-CV-22099-UU

WINDY LUCIUS,

    Plaintiff,

v.

NATHAN'S FAMOUS, INC.

    Defendant.

_____/

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Windy Lucius, and Defendant, Nathan's Famous, Inc. (collectively, the "Parties"), hereby stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

**REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK**

CASE NO.: 1:20-CV-22099-UU

Dated: August 24, 2020

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Edwin Cruz* |
| J. Courtney Cunningham, Esq. | Mendy Halberstam, Esq. |
| FBN: 628166 | FBN: 68999 |
| cc@cunninghampllc.com | mendy.halberstam@jacksonlewis.com |
| J. COURTNEY CUNNINGHAM, PLLC | Edwin Cruz, Esq. |
| 8950 SW 74th Court | FBN: 55579 |
| Suite 2201 | edwin.cruz@jacksonlewis.com |
| Miami, Florida 33156 | JACKSON LEWIS P.C. |
| T: 305-351-2014 | One Biscayne Tower, Suite 3500 |
| *Counsel for Plaintiff* | 2 S. Biscayne Blvd. |
| | Miami, FL 33131 |
| | T: 305-577-7600 |
| | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 24, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ Edwin Cruz*
Edwin Cruz, Esq.

4831-9372-0009, v. 1